UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Leslie Schmidt,

Plaintiff,

vs. MINUTE ORDER

Keller Ladders, Inc., d/b/a KLI, Inc., and Wal-Mart Stores, Inc.,

Defendants. Civ. No. 00-1168 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of February, 2001.

* * *

On February 1, 2001, the Court heard argument on the parties' joint request that the pretrial deadlines in this matter be extended. At the time of the Hearing, the Plaintiff appeared by William A. Smoley and Kristine A. Guggemos, Esqs., and the Defendants appeared by Michael S. Ryan, Esq. The parties demonstrated minimal, yet sufficient cause, to extend the discovery deadline in this matter which will now expire on March 1, 2001. Absent abundant and compelling cause, the Court will not entertain a further Motion to modify the pretrial deadlines in this matter. If disputes arise, before the expiration of discovery, the parties are

7

FILED FEB 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

directed to expeditiously draw those disputes to our attention for a prompt resolution.

NOW, THEREFORE, It is --

ORDERED:

That the period in which discovery may be completed will now expire on March 1, 2001.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE