UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Leslie Schmidt,

Plaintiff,

vs. MINUTE ORDER

Keller Ladders, Inc., d/b/a KLI, Inc., and Wal-Mart Stores, Inc.

Defendants. Civ. No. 00-1168 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 1st day of February, 2001.

* * *

This matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the parties' stipulation to allow the substitution of Sam's Club West, Inc., for the Defendant Wal-Mart Stores, Inc. ("Wal-Mart"), and to permit the voluntary dismissal, without prejudice, of Wal-Mart. Finding cause for the substitution, and dismissal, we grant the same.[1]

[1]Since the same counsel of Record has represented both co-Defendants, and given the Court's understanding of the interconnection between Wal-Mart, and Sam's Club West, Inc., we presume that the substitution of those Defendants will not revert this case (continued...)

9

FILED FEB 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW, THEREFORE, It is --

ORDERED:

1. That the parties' stipulated agreement to substitute Sam's Club West, Inc., for the Defendant Wal-Mart Stores, Inc., is GRANTED, as is the parties' agreement to voluntarily dismiss, without prejudice, the Plaintiff's claims against Defendant Wal-mart.

2. That the Plaintiff shall, forthwith, serve Sam's Club West, Inc., with a Summons, and an Amended Complaint, in the form and with the content of that attached to the parties stipulation.

3. That, upon service, the caption of this case shall be amended to read: Leslie Schmidt, Plaintiff vs. Keller Ladders, Inc., n/k/a KLI, Inc., and Sam's Club West, Inc., Defendants.

4. That the Court will not entertain a Motion from the Defendant Sam's Club West, Inc., for a modification of the Pretrial

---

[1](...continued)
to its initial pretrial stages. Nevertheless, should the newly substituted Defendant require discovery in this matter, we will consider its request to modify the Pretrial Order in this matter upon a showing of cause.

Schedule in this matter without a showing of good cause, as required by Rule 16(b), Federal Rules of Civil Procedure.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE