UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Leslie Schmidt,

Plaintiff,

v.

Keller Ladders, Inc., d/b/a KLI, Inc., and Wal-Mart Stores, Inc.,

Defendants.

Court File No. 00 Civil 1168 ADM/RLE

**STIPULATION OF DISMISSAL**

The above entitled action, having been fully compromised and settled,

**NOW THEREFORE IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated

RINKE-NOONAN

By: ______________________

William A. Smoley, #10288X
Attorneys for Plaintiff
700 Wells Fargo Center
P.O. Box 1497
St. Cloud, MN 56302-1497
(320) 251-6700

FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
CLERK ______

Dated: 5-3-01

MURNANE, CONLIN, WHITE AND BRANDT
Professional Association

By ______________________
Michael S. Ryan, #130643
Attorneys for Defendants
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101
(651) 227-9411

**ORDER**

On reading and filing the above and foregoing Stipulation,

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action be and the same is hereby dismissed with prejudice and on the merits, but without costs to either party.

Dated: May 7, 2001

BY THE COURT:

______________________
Ann D. Montgomery
Judge of United States District Court

#451155